```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 22225
  MARIA FLORES
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-4147


------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/28/07 .

   2.  The case was dismissed without confirmation, 03/07/2008.

   3.  The Debtor paid a total of $     999.00 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                            PAID            PAID
------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG         .00            .00             .00
CHASE HOME FINANCE         MORTGAGE ARRE   NOT FILED            .00             .00
AMERICREDIT FINANCIAL      UNSECURED       NOT FILED            .00             .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED            .00             .00
AMERICREDIT FINANCIAL      UNSECURED       NOT FILED            .00             .00
CAPITAL ONE BANK           UNSECURED       NOT FILED            .00             .00
CAPITAL ONE BANK           UNSECURED       NOT FILED            .00             .00
CENTRAL DUPAGE HOSPITAL    UNSECURED       NOT FILED            .00             .00
LVNV FUNDING               UNSECURED       NOT FILED            .00             .00
GREAT LAKES EDUCATIONAL    UNSECURED             .00            .00             .00
          Summary of disbursements:
------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER           TOTAL
------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00          .00             .00
PRINCIPAL PAID         .00          .00          .00          .00             .00
INTEREST PAID          .00          .00          .00          .00             .00
TOTAL PAID             .00          .00          .00          .00             .00
The Debtor's attorney, ROBERT V SCHALLER           , was allowed $    3500.00
and was paid $    893.00  direct and $    941.06  through the plan.

The Trustee received $     57.94 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 07/16/08                    /s/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE